UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: PORCHIA DURHAM                               CASE NO.: 14-24989-LMI
                                                    Chapter 7
      Debtor
_____/

PORCHIA DURHAM

      Plaintiff/Debtor
v.

HOMESTEAD HOUSING AUTHORITY              Adv. Case No. 15-01003-LMI

      Defendant
_____/

## NOTICE OF UNAVAILABILITY

    **PLEASE TAKE NOTICE** that undersigned counsel will be absent from his office on Tuesday, January 20, 2015, up to and including Friday, January 23, 2015. He will be returning to his office on Monday, January 26, 2015. Undersigned counsel therefore request that no hearings, depositions or other matters related to the above styled action be scheduled during his absence.

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2102.910(A)

        Respectfully submitted,
        LEGAL SERVICES OF GREATER MIAMI, INC.
        Attorneys for Plaintiff/Debtor
        11285 SW 211 Street, Suite 302
        Miami, Florida 33189
        Telephone: (305) 438-3802
        Facsimile: (305) 232-3616

        BY: _____/s/_____
            Stephen Lewis
            Florida Bar No. 884081

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of **the foregoing Notice of Unavailability** was sent electronically mailed on the 5th day of January, 2015, to:

Marcia T. Dunn
Mdunn@dunnbankruptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Rex E. Russo, on behalf of Creditor Homestead Housing Authority
rexlawyer@prodigy.net

And
via U.S. Mail on the 5th day of January, 2015, to the below list of creditors.

Recovery Management Systems Corp.
25 SE 2 Avenue, Suite 1120
Miami, FL 33131

/s/
STEPHEN P. LEWIS
Florida Bar No. 0884081