**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: PORCHIA DURHAM | CASE NO.: 14-24989-LMI |
| | Chapter 7 |
| Debtor _____/ | |

PORCHIA DURHAM

       Plaintiff/Debtor
v.

HOMESTEAD HOUSING AUTHORITY       Adv. Case No. 15-01003-LMI

       Defendant
_____/

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the Notice of Hearing (Re: #[4]) on Debtor's Emergency Motion For Temporary Restraining Order & Preliminary Injunction (Re: #[2] was served via Electronic Filing this 6th day of January, 2015, to:

Marcia T. Dunn
Mdunn@dunnbankruptcy.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Rex E. Russo, on behalf of Creditor Homestead Housing Authority
rexlawyer@prodigy.net

       And
via U.S. Mail on the 6th day of January, 2015, to the below list of creditors.

Homestead Housing Authority
29355 South Dixie Highway
Homestead, FL 33034

Recovery Management Systems Corp.
25 SE 2 Avenue, Suite 1120
Miami, FL 33131

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2102.910(A)

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Plaintiff/Debtor
11285 SW 211 Street, Suite 302
Miami, Florida  33189
Telephone: (305) 438-3802
Facsimile: (305) 232-3616

BY: _____/s/_____
          Stephen Lewis
          Florida Bar No. 884081