

**ORDERED in the Southern District of Florida on August 6, 2015.**

*/s/ Laurel M. Isicoff*
**Laurel M. Isicoff, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov**

| | |
|---|---|
| In Re:  PORCHIA DURHAM | CASE NO.: 14-24989-LMI |
| Debtor | Chapter 7 |
| _____/ | |
| PORCHIA DURHAM | |
| Plaintiff/Debtor | |
| v. | |
| HOMESTEAD HOUSING AUTHORITY | Adv. No.  15-01003-LMI |
| Defendant | |
| _____/ | |

### ORDER SETTING CAUSE FOR NON-JURY TRIAL

This matter came on before the Court for consideration of an Order Setting Cause for Non-Jury Trial, and the Court, having reviewed the file, noting that the parties have concluded , finding good cause shown and based upon the record, does hereby:

ORDER that:

1. The Order Setting Cause For Non-Jury Trial is set for Tuesday, November 24, 2015, at 9:30 a.m., at the United States Bankruptcy Court, 301 North Miami Avenue, Courtroom 8, Miami,

Florida. Two hours have been set aside for the hearing. If you need more time you must immediately contact the Courtroom Deputy, Noemi Sanabria, (305) 714-1877.

2. Any and all motions for summary judgment (or other case dispositive motion) must be filed and served by no later than September 24, 2015. Should either party, or both, file and serve a motion for summary judgment (or other case dispositive motion), the moving party shall immediately inform the Court's Judicial Assistant and advise to have this matter removed from the trial and pretrial calendar, pending ruling on said motion.

3. On or before noon two (2) business days prior to the hearing each side shall file, and submit to chambers by e-mail at LMI_chambers@flsb.uscourts.gov and opposing counsel by fax or e-mail, the following:

   (a) Any Party wishing to make a written opening statement may submit same as well to the Court (and file and serve same on opposing counsel) prior to the Trial being conducted.

4. At the conclusion of the Trial, the Court may, in lieu of final argument, request that each party submit proposed Memorandum Opinion(s) incorporating findings of fact and conclusions of law in Word or WordPerfect formal to the court's chambers via its email address by a date certain (with copies to each side).

# # #

Submitted by:
Stephen P. Lewis, Esq.

Copies to (via ECF in pdf format):
Defendant's Counsel