**UNITED STATES**
**BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF**
**FLORIDA**
www.flsb.uscourts.gov

In Re: PORCHIA DURHAM                         CASE NO.: 14-49892-LMI

    Debtor                                                    Chapter 7
_____/

PORCHIA DURHAM

    Plaintiff/Debtor
v.

HOMESTEAD HOUSING AUTHORITY              Adv. Case No. 15-01003-LMI

    Defendant
_____/

## EXHIBIT REGISTER

Exhibits Submitted on behalf of:

[X] Plaintiff    [   ] Defendant    [   ] Debtor    [   ] Other_____

Date of Hearing/Trial: _____NOV. 24, 2015_____

Type of Hearing/Trial: _____

SUBMITTED BY: _____Plaintiff_____

**(Tel.) (305) 438-3802**

| Exhibit Number/Letter | Description |
|---|---|
| 1.    A | The Homestead Housing Authority's Notice of Termination from the Housing Choice Voucher Program dated June 16, 2014, with accompanying attachments served on and directed to Plaintiff. |
| 2.    A | Email dated July 1, 2014, sent to Plaintiff's counsel from Mr. Shane R. White, Executive Director of the Homestead Housing Authority acknowledging receipt of the Plaintiff's Chapter 7 Bankruptcy Filing dated June 30, 2014. |

LF-49 (rev.                                Page 1 of 2

| | | |
|---|---|---|
| 3. | A | The Homestead Housing Authority's notice to Plaintiff of its final decision to terminate her from the Housing Choice Voucher Program dated July 10, 2014, including all attachments to the notice. |
| 4. | A | A copy of email correspondence between the Plaintiff's counsel and Mr. Shane R. White occurring on July 28, 2014, regarding the Plaintiff's Chapter 7 bankruptcy filing and the housing authorities post-petition termination of the Plaintiff from the Housing Choice Voucher Program. |
| 5. | A | A copy of email correspondence between the Plaintiff's counsel and Mr. Shane R. White and the counsel for the Homestead Housing Authority, Kaye-Ann Baxter, Esq., occurring between October 1, 2014, and October 21, 2014, regarding the payment of the HAP to the Plaintiff's landlord. |
| 6. | A | Three-Day Notice To Pay Rent or Deliver Possession dated October 22, 2014, served on the Plaintiff by her landlord. |

**Admitted**     **Refused**     **Not Introduced**