UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

PORCHIA DURHAM

       Debtor.

_____/

Case No.   14-24989-LMI
Chapter 7

PORCHIA DURHAM

       Plaintiff,

v.

HOMESTEAD HOUSING AUTHORITY

       Defendant(s)

_____/

Adv. Case No. 15-01003-LMI

**NOTICE OF SETTLEMENT OF PENDING POST-JUDGMENT ISSUES [C.P. D.E. 49]**

The Homestead Housing Authority, Florida (the "Housing Authority"), by and through undersigned counsel, hereby notifies the Court that the Housing Authority and Porchia Durham ("Ms. Durham") have amicably resolved the pending post-judgment issues in this matter as outlined in the Court's *Memorandum Opinion in Support of Final Judgment and Directing Further Briefing on Damages* [D.E. 49] (the "Final Judgment").

The parties will submit agreed orders or other appropriate filings forthwith.

WEISS SEROTA HELFMAN COLE & BIERMAN, P.L.

Case No.  15-01003-LMI

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 20, 2016, a true and correct copy of the foregoing was served via CM/ECF electronic transmission upon those parties who are registered with the Court to receive electronic notifications in this matter.

        WEISS SEROTA HELFMAN
        COLE & BIERMAN, P.L.
        *Counsel for Homestead Housing Authority*
        2525 Ponce de Leon Boulevard, Suite 700
        Coral Gables, Florida 33134
        Telephone:     305/854-0800
        Facsimile:     305-854-2323

        By:     /s/   Aleida Martinez Molina
                  Aleida Martinez Molina
                  Florida Bar No. 869376