

**ORDERED in the Southern District of Florida on June 15, 2016.**

                                                        **Laurel M. Isicoff, Judge**
                                                        **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

PORCHIA DURHAM

       Debtor.
_____/

PORCHIA DURHAM

       Plaintiff,

v.

HOMESTEAD HOUSING AUTHORITY

       Defendant(s)
_____/

Case No.   14-24989-LMI
Chapter 7

Adv. Case No. 15-01003-LMI

**<u>AGREED ORDER ON POST-JUDGMENT ISSUES [D.E. 49]</u>**

This matter came before the court upon the Joint Motion to Approve Settlement submitted by the Homestead Housing Authority [C.P. 28] ( the "Motion") filed in the underlying chapter 7 case, and the Court, acknowledging the parties agreement and being otherwise fully advised in the premises, it is

ORDERED that the Motion is Granted.

The Homestead Housing Authority shall pay attorney fees and costs in the total sum of $14,000.00 to Legal Services of Greater Miami, Inc.  Porchia Durham is not awarded punitive damages in this matter.

# # #

**Submitted by**:
Aleida Martinez Molina, Esq.
WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, FL 33134
Telephone: (305) 854-0800
amartinez@wsh-law.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).